Clerk of the
Circuit Court

Plaintiff: ~~Howard~~ Trent Tyson Sr.
12018 Long Ridge Ln
Bowie Md. 20715-2852

v. Wells Fargo ~~Home~~ Mortgage (Keon Baker)
P.O. Box 10335
~~Des Moines Ia.~~
50306

Defendant

IN THE G___   ___70

CIRCUIT COURT

FOR Prince Georges County.

CASE NO. CAL12-23069

## Violations of Federal and State Consumer Protection laws

Angela and Myself was given a loan preservation counselor named, Keon Baker of Wells Fargo. I began calling his number in January 2011. (1 877-242-5052 x 29405) even leaving him messages. I got no return calls. I began speaking to managers about the situation and they said that they would call his manager to see why he wouldn't return your call. Around August or Sept 2011, I felt that he was helping my wife take our home from me. I ask an attendant one day has he been speaking to my wife and found out that he had. In fact I found out that on June 9th he sent her a prepayment plan packet which was returned, whereby she made a payment on it July 1st 2011. Then she called in August and cancelled the plan. I got this information from Ana at 1-866-234-8271 and later from another loan preservation counselor named Barbara 1 877-242-5052 x 29351. Mrs Tyson should not have been allowed to have that prepayment plan without my signature.

#Howard D. Tyson.