IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

HOWARD TRENT TYSON, SR.

    Plaintiff

Vs.                              Case No.: CAL12-23069

**WELLS FARGO**

    Defendant

## MEMORANDUM AND ORDER OF COURT

The court has reviewed this file and believes that a status hearing would be appropriate.

**THEREFORE**, it is this 16th day of October, 2012 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that this matter will be set for A STATUS HEARING on December 14, 2012 @ 9:00 am.

*/s/ Leo E. Green, Jr.*
Leo E. Green, Jr., Judge

Copies mailed by Court to:

Howard Trent Tyson, Sr.
12018 Long Ridge Lane
Bowie, MD 20715-2352

Wells Fargo Home Mortgage
Mr. Keon Baker
P.O. Box 10335
Des Moines, IA 50306

*/s/ Lori Hester* 10/16/12
Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.

10/19/12

