IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LOGGED ___ RECEIVED

APR 2 3 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| HOWARD TRENT TYSON, SR.<br>Plaintiff | *<br>*<br>* |
| v. | * Civil No. **PJM 12-3654** |
| WELLS FARGO HOME MORTGAGE, INC.<br>Defendant. | *<br>*<br>*<br>* |

## ORDER OF DISMISSAL

Upon consideration of the Motion to Dismiss by Defendant Wells Fargo Home Mortgage, Inc. ("Wells Fargo") (Paper No. 9), and the opposition thereto, including Plaintiff's Request to Deny Defendant's Motion (Paper No. 15) is, for the reasons stated in the accompanying Memorandum Opinion, this 22nd day of April, 2013

**ORDERED**

1. Defendant Wells Fargo's Motion to Dismiss is **GRANTED WITHOUT PREJUDICE**; and

2. The Clerk shall **CLOSE** this case.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE